# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 27, 2023

## NO. 03-21-00029-CR

**Michael Wayne Williams, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT OF LAMPASAS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the order entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.